AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 30, 2020**

SEAN F. McAVOY, CLERK

DIMITAR K. DERMENDZIEV,
*Plaintiff*

v.

ROBERT HERZOG, LT. MICHAEL HANRATTY, CUS P. REED LEISINGER, SGT. N. OVERGAARD, CUS MAURO ORTIZ, SGT. MRS. SHARF, C/O VALENCIA, SGT. MRS. MORENO, JACKIE FLUAITT, JOSH CRUGER, C. SHUSTER, PETER CAPLES, MARK LEIGH, D. NILES, JEFFREY UTTECHT, TIM THRASHER, JOHN ALDANA, T. SCHNEIDER, ELEANOR VERNELL, ROY GONZALEZ, SCOTT RUSSELL, N. DALE CALDWELL, JEREMY TURNER, MARVIN HERGERT, G. CHRIS HICKS, and PA J. NEAU,
*Defendant*

Civil Action No.  4:19-cv-05029-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's "Motion to Incorporate an Old Claim Civil Case W.D. 2:13- cv-00205-MJP into the Current Civil Case," ECF No. 33, is DENIED. This action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).
Judgment entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza Jr. _____ .

Date:  July 30, 2020

CLERK OF COURT

SEAN F. McAVOY

*(By) Deputy Clerk*